UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LINDA NEWDIGATE, *et. al.* | ) | CASE NO. 14-cv-837 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| vs. | ) | KAREN L. LITKOVITZ |
| | ) | |
| ADAMANDA INC., *et. al.* | ) | **ORDER OF DISMISSAL AND** |
| | ) | **APPROVING SETTLEMENT** |
| Defendants. | ) | |
| | ) | |

THIS CAUSE having come before the court on the Joint Motion for Approval of Settlement and Dismissal With Prejudice as to Plaintiffs' Complaint, it is hereby:

ORDERED AND ADJUDGED as follows:

1. This Court hereby accepts and approves the proposed settlement and holds that proposed settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act;

2. The Court orders that the settlement payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement; and

3. The above case is hereby DISMISSED WITH PREJUDICE; each party to bear his/its own attorneys' fees and costs except as otherwise provide by the settlement agreement. All pending deadlines are stricken as moot. This Court shall retain jurisdiction to enforce the parties' settlement agreement.

ORDERED this 21 day of January, 2016.

_____
MAGISTRATE JUDGE KAREN L. LITKOVITZ